O
JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RCS UNLIMITED, LLC, | Case No. 2:24-cv-09892-ODW (JPRx) |
| Plaintiff, | |
| v. | **FINAL JUDGMENT** |
| PANTHEON HEALTHCARE LTD et al., | |
| Defendants. | |

///
///
///
///
///
///
///
///
///
///
///
///

Pursuant to the Court's Order Granting Plaintiff's Motion for Default Judgment, (Dkt. No. 28), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. **JUDGMENT** is entered in favor of Plaintiff and against Defendant, in accordance with this Court's Order Granting Plaintiff's Motion for Default Judgment;

2. The Court **AWARDS** Plaintiff damages in the amount of **$1,011,394.98**; and

3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

November 26, 2025

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**